AO 245B   Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 11/16/07

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTOINE J. SOWELL<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 97CR60004-02<br><br>USM Number: 09585-035<br><br>Michael C. Piccione, Sr.<br>Defendant's Attorney |

**THE DEFENDANT:**
[✓]   admitted guilt to violation of condition(s) MC3, SP1, & SC2 of the term of supervision.
[ ]   was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

**Violation Number**          **Nature of Violation**          **Violation Ended**

See next page.

   The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No.: | xxx/xx/0776 | November 15, 2007<br>Date of Imposition of Sentence |
| Defendant's Date of Birth: | xx/xx/1973 | |
| Defendant's USM No.: | 09585-035 | Signature of Judicial Officer |
| Defendant's Residence Address:<br>Harbor City, CA 90710 | | TUCKER L. MELANÇON, United States District Judge<br>Name & Title of Judicial Officer |
| Defendant's Mailing Address: | | November 16, 2007<br>Date |

COPY SENT
DATE 11/16/07
BY ___
TO ___
USM (3cc)
USPD (3cc)

Judgment - Page 2 of 3

CASE NUMBER:  97CR60004-02
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| MC3 | The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful us a controlled substance. | 05/14/2007 |
| SP1 | The defendant shall submit to any urinalysis testing and/or substance abuse counseling as directed by the probation office. | 05/02/2007 |
| SC2 | The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 05/24/2007 |

AO245B   Judgement in a Criminal Case (Rev. 06/05)
Sheet 2 — Imprisonment

Judgment - Page 3 of 3

DEFENDANT: ANTOINE J. SOWELL
CASE NUMBER: 97CR60004-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>24 months in addition to time already served in federal custody</u>.

[✓]   The court makes the following recommendations to the Bureau of Prisons:

The defendant is placed in a facility where he can participate in the 500 hour drug program.

[✓]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [ ] a.m.   [ ] p.m.   on ___.
[ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL